THE STATE EX REL. THE CITY OF CLEVELAND, APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

2016-Ohio-8015.]

(No. 2015–1204—Submitted November 29, 2016—Decided December 7, 2016.)

{¶ 1} It is ordered by the court, sua sponte, that the oral argument scheduled for Wednesday, January 11, 2017, is canceled. The judgment of the court of appeals is affirmed on the authority of *State ex rel. BF Goodrich Co., Specialty Chems. Div. v. Indus. Comm.*, 148 Ohio St.3d 212, 2016-Ohio-7988, 69 N.E.3d 728.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent and would hear oral argument in this case for the reasons stated in the dissenting opinion in *State ex rel. BF Goodrich Co., Specialty Chems. Div. v. Indus. Comm.*

Barbara A. Langhenry, Cleveland Director of Law, and Elizabeth M. Williamson, Assistant Director of Law, for appellant.

Michael DeWine, Attorney General, and Cheryl J. Nester, Assistant Attorney General, for appellee Industrial Commission.

Shapiro, Marnecheck & Palnik, Matthew Palnik, and Elizabeth M. LaPorte, for appellee Jacqueline Johnson.